## Commonwealth *v.* Mangan, Appellant.

Submitted March 24, 1970.
*Joseph Wassell*, Assistant Public Defender, for appellant; *Ernest J. Gazda, Jr.*, Assistant District Attorney, and *Paul R. Mazzoni*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.